JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DOMINICK MARTIN, <br> Plaintiff(s), <br> v <br> AEO MANAGEMENT CO., <br> Defendant(s) | CASE NO. SA CV 15-1024-DOC (GJSx) <br><br> **ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **September 8, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: August 6, 2015